UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

YASHICA SHEREA BAIN

    Petitioner,

v.                                   Case No. 5:22cv217/TKW/MAL

DR. KEVIN PISTRO

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as moot. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The case is **DISMISSED as moot**.

3. The Clerk shall enter judgment consistent with this Order and close the case file.

**DONE and ORDERED** this 21st day of August, 2023.

 _____
 **T. KENT WETHERELL, II**
 **UNITED STATES DISTRICT JUDGE**